**Janette M. LOHMAN, Director of Revenue, Respondent,**

v.

**Ronald J. BARBER, Appellant.**

No. WD 54419.

Missouri Court of Appeals, Western District.

March 24, 1998.

Jacqueline A. Sommer, Independence, for Respondent.

Ronald J. Barber, Independence, pro se.

Before ULRICH, C.J., P.J., and HANNA and HOWARD, JJ.

**ORDER**

PER CURIAM.

Appeal from a judgment in a civil action for the collection of delinquent income taxes.

Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Mario LAWSON, Appellant.**

No. WD 54505.

Missouri Court of Appeals, Western District.

March 24, 1998.

Ellen Flottman, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Mario Lawson appeals the circuit court's judgment convicting him of first degree murder and armed criminal action. We affirm. Rule 30.25(b).

**Warren SIMON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 54845.

Missouri Court of Appeals, Western District.

March 24, 1998.

Rebecca L. Kurz, Asst. Public Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

***ORDER***

PER CURIAM.

Warren Simon appeals from the denial of his Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).